### Ann E. Taylor v. Elmsley Harris.

Where after suit brought in the District Court, the parties agreed to arbitrate, without reserving the right to appeal, and judgment was entered on the award for plaintiff at the Fall Term, 1853, and the next entry was a continuance by consent at the Spring Term, 1854, after which there were pleadings by both parties without allusion to the award or judgment, and finally a verdict and judgment, about the same as that on the award; on error by the defendant, the proceedings subsequent to the judgment on the award were held to be *coram non judice* and void, and were reversed and annulled.

Error from Lamar. Tried before the Hon. William S. Todd.

Suit by defendant in error by petition filed April 20th, 1853. Spring Term, 1853, came the parties by their attorneys and filed their written agreement for the arbitration of said cause.

Taylor v. Harris.

Then followed the agreement, without reserving the right to appeal. Award of the arbitrators, dated July 11th, 1853, $253 80 for plaintiff. Filed same day. Fall Term, 1853, the premises considered it is ordered by the Court, that the plaintiff, Elmsley Harris, have and recover, &c., judgment on the award. The next entry appeared to be of Spring Term, 1854, and was a continuance by consent. Amended petition, filed Nov. 14th, 1854. Answer filed Nov. 16th, 1854. Fall Term, 1854, demurrer to petition sustained ; leave to plaintiff to amend and continue. Spring Term, 1855, rule for costs ; complied with ; amendment of petition filed May 15th, 1855 ; trial ; verdict and judgment for the plaintiff for $277. Writ of error to last judgment, by defendant. No notice was taken of the award and judgment thereon, at any subsequent stage of the proceedings, so far as appeared by the transcript.

*J. T. Mills*, for plaintiff in error, argued that the judgment ought to be reversed, because of the previous judgment on the award.

WHEELER, J. The judgment entered upon the award at the Spring Term of the Court, 1853, had the same force and effect as if it had been rendered upon a verdict. It was a final decision and disposition of the matter in controversy. (Hart. Dig. Tit. Arbitration ; Forshey v. The Galveston, Houston and Henderson R. R. Co., *supra*.) Nothing remained to be litigated in that suit : and it follows that the order continuing the cause, and the proceedings and judgment therein subsequently rendered, were *coram non judice* and void. The judgment upon the award has not been appealed from ; is not the judgment sought to be revised by the petition in error ; and is not before us for revision. It remains the final judgment of the Court, in full force and effect. Because the Court erred in entertaining the cause, and proceeding to a second final judg-

ment after the rendition of judgment upon the award, the said proceedings and judgment, subsequent to that entered upon the award, are reversed, set aside and annulled.

Ordered accordingly.